UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON  DIVISION

| | | |
|---|---|---|
| RYAN MARINES SERVICES, INC. | § | |
| | § | |
| Plaintiff | § | |
| | § | C. A. NO. 3:20- |
| | § | |
| VS. | § | ADMIRALTY |
| | § | |
| M/V DONNA BOUCHARD, M/V KIM | § | RULE 9 (H) , F.R.C.P. |
| BOUCHARD AND M/V DANIELLE | § | |
| BOUCHARD, their engines, tackle, | § | |
| appurtenances, etc., *in rem*, and | § | |
| BOUCHARD TRANSPORTATION CO., INC., | § | |
| *in personam.* | § | |
| | § | |
| Defendants | § | |

VERIFIED **COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGES FOR
THE SOUTHERN DISTRICT OF TEXAS, GALVESTON  DIVISION:

COMES  NOW  plaintiff Ryan Marines Services, Inc., sometimes  referred to  herein as

"Plaintiff or Ryan Marine"  complaining of the  defendants M/V DONNA BOUCHARD, M/V KIM

BOUCHARD and M/V DANIELLE BOUCHARD , their engines, tackle, appurtenances, etc., *in rem*

and Bouchard Transportation Co., Inc,  *in personam*, and would  as its causes of action allege as

follows:

1.      This is a case within the Court's admiralty and maritime  jurisdiction, 28 U.S.C.,

§ 1333, being filed pursuant to Rule 9(h) of the Federal Rules of Civil Procedure.

2.      Plaintiff is a corporation organized and existing under the laws of the State of Texas

with its offices and principal place of business in Galveston, Texas.  At all time material hereto this

plaintiff was engaged and is engaged in the business of providing launch and other services and necessaries to the *in rem* defendant vessels and their owners and/or operators Bouchard Transportation Co. Inc.

3.      Plaintiff brings this action to collect the monies due for the breach of contracts and for unpaid invoices related to each of the vessels identified herein for services and necessaries were provided and rendered by Plaintiff to the *in rem* and *in personam* defendant as well as to enforce their maritime liens against the respective vessels for which such services and necessaries were provided and rendered.

4.      Each of the *in rem* defendants are currently or may soon be within the jurisdiction and the jurisdiction of this Court where each and every one of same may be seized and arrested by the U.S. Marshal..

5.      Bouchard Transportation Co., Inc.  is and was,  at all times material hereto, the owner and/or operator of the three identified by vessels. Subject to the provisions of what is commonly known as the Texas Long Arm Statute and,  pursuant to Section 17.091 of the Texas Civil Practice and Remedies Code,  has appointed the Secretary of State of Texas, James Earl Rudder Building, 1019 Brazos Street, Austin, Texas 78701 as its statutory agent for service of process.  The last known mailing address for said defendant is 58 South Service Road Suite 150, Melville, New York 11747.

6.      Commencing on or about April 4, 2019, defendant and those authorized to act on behalf of the identified vessels requested that plaintiff provide services and necessaries to the respective vessels based on plaintiff's as agreed at the charges for such services which are generally known as launch services being the transportation of crew, passengers and equipment to the respective vessels in furtherance of each vessel's mission. Details as to the actual services and

necessaries performed for each vessel are set out in the invoices and supporting documents attached

hereto as Exhibit "A" and incorporated herein by this reference as though set out verbatim..

7.      Plaintiff submitted invoices totaling $36,356.25, which are part of Exhibit "A" for

each trip made by plaintiff to each vessel, a summary of which would be as follows:

        M/V DONNA BOUCHARD    $ 6,312.50
        M/V KIM BOUCHARD      $ 2,737.50
        M/V DANIELLE BOUCHARD $ 26,306.25

Plaintiff seeks to recover such sums respectively  from defendants and to enforce any maritime lien

it might have against said vessel and/or any other lien as provided by the as provided by the laws of

the United States or the State of Texas.        .

8.      As to each respective vessel and defendant, due demand has been made and

disregarded and the amounts shown are unpaid, due and owing.

9.      Plaintiff further seeks to recover from defendant interest as  legally permitted,

both pre- and post-judgment at the highest rate allowable by law.

10.      As a result of defendants' breaches of contractual agreement and non-payment of the

charges due and owing,   plaintiff  has   been forced to retain counsel and thus plaintiff seeks

reimbursement of all reasonable and necessary attorneys' fees and expenses incurred by it resulting

from said breaches.  Plaintiff is entitled to  recover reasonable and necessary attorneys' fees as set out

in the contractual documents and under applicable statutes including but not limited to Texas Civil

Practice & Remedies Code chapter 38. In regard to such statute recovery is appropriate because this

is a suit upon a written contract which is listed in § 38.001(8) and plaintiff was forced to retain

counsel who duly presented its claims.

        WHEREFORE, plaintiffs pray:

-3-

a.      That summons in due form of law, according to the practice of this Honorable Court against the *in personam* defendant requiring defendant to appear and answer the allegations herein;

b.      That as appropriate, warrants of arrest of seizure be issued and served on the *in rem* defendants requiring such be taken into the custody of the U.S. Marshal; that in due course the vessels be condemned and sold to satisfy any judgment entered;

c.      That judgment be entered in favor of plaintiff against the defendants for the amounts pleaded herein above as well as attorney's fees, together with interest and the costs and disbursements incurred and

d.      That this Honorable Court will grant to plaintiff such other and further relief as may be just and proper.

Respectfully submitted,


    /s/William H. Seele
WILLIAM H. SEELE
Admission I.D. No. 3347
Texas State Bar No. 17979700
E-mail: wseele@julianandseele.com
OF COUNSEL:              1220 Blalock Road, Suite 160
Houston, Texas  77055-6473
Julian & Seele, P.C.       Telephone:  713 464 1336
Telefax   :  713 464 1283

Attorney-in-Charge for Plaintiff